### 76111. MATHIS v. WATSON.
(382 SE2d 436)

SOGNIER, Judge.

In *Mathis v. Watson*, 259 Ga. 13 (376 SE2d 660) (1989), the Supreme Court reversed the judgment of this court in *Mathis v. Watson*, 187 Ga. App. 100 (369 SE2d 291) (1988). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Carley, C. J., and Deen, P. J., concur.*

DECIDED APRIL 4, 1989.

*Albert J. DeCusati, M. David Merritt,* for appellant.
*Howard P. Wallace,* for appellee.